McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00089-TLN-DB |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $9,980.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States elected not to file a complaint for forfeiture against the Approximately $9,980.00 in U.S. Currency. Accordingly, this miscellaneous case may be closed.

Dated: 5/19/2020                    McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

1

Notice of Election